IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBORAH LAUFER,** Individually, | Case No.: 1:20-cv-05364 |
| Plaintiff, | |
| | Judge Thomas M. Durkin |
| v. | Magistrate Judge Shelia M. Finnegan |
| **SURF HOTEL INVESTMENTS L.L.C.,** a Foreign Limited Liability Corporation, | |
| Defendant. | |

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through undersigned counsel, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF

By: /s/ Amale Knox

| |
|---|
| Amale Knox, Esq. |
| Thomas B. Bacon, P.A. |
| 330 Harrison St. |
| Pontiac, MI 48341 |
| ph. 248-719-1001 |
| amale.knox.esq@gmail.com |
| FBN: 6308622 |

FOR THE DEFENDANT

By: /s/ Kenneth D. Walsh

| |
|---|
| Kenneth D. Walsh, Attorney |
| Lewis Brisbois, Bisgaard & Smith LLP |
| 550 West Adams Street, Suite 300 |
| Chicago, IL 60661 |
| 312.463.3449 |
| Kenneth.Walsh@lewisbrisbois.com |

### CERTIFICATE OF SERVICE

I hereby certify that August 18, 2021, I filed the foregoing using the Clerk of Court's CM/ECF efiling system, which will serve all counsel of record electronically.

*/s/ Amale Knox*
Attorney